UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COVERYS SPECIALTY INSURANCE COMPANY, | NO.  2:26-cv-01458 RSM |
| Plaintiff, | ORDER ON STIPULATED MOTION TO STAY |
| v. | |
| VEST SEATTLE, LLC, a foreign limited liability company D/B/A SMOKEY POINT BEHAVIORAL HOSPITAL; DELL CAMPBELL, an individual; and JASON KUMLE, as an individual, and as the personal representative of THE ESTATE OF MIA KUMLE, | |
| Defendants. | |

**ORDER**

Based on the stipulation filed by the parties on June 23, 2026 (Dkt. #14), IT IS SO ORDERED that this case is STAYED for 120 days from the date of this Order.  Either party may move the Court to terminate the stay upon 30 days' written notice to the other party.  The previous Initial Disclosure and Joint Status Report and Discovery Plan deadlines are STRICKEN.  The parties are DIRECTED to file a joint status report 120 days from the date of this Order.

ORDER ON STIPULATED MOTION TO STAY - 1

IT IS SO ORDERED THIS 26th day of June, 2026.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATED MOTION TO STAY - 2